IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JABREE ROBERTSON | : | CIVIL ACTION |
| v. | : | |
| GEO GROUP, INC. et al. | : | NO. 22-1032 |

ORDER

AND NOW, this 16th day of June, 2022, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of defendants to dismiss the complaint of plaintiff Jabree Robertson is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                                                    J.